IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIZABETH F. ANDRADE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-1965** |
| | : | |
| **TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA** | : | |
| | : | |

# ORDER

**AND NOW**, this 29th day of August 2023, upon considering Defendant's Motion to dismiss (ECF No. 6) challenging the sufficiency of the Plaintiff's allegations particularly as to the absence of plead facts showing the employer terminated her based on her race, without opposition or a timely amendment, mindful Plaintiff may be able to plead facts consistent with Rule 11 to address the deficiencies counseling we find amendment may not be futile, and for good cause, it is **ORDERED** Defendant's Motion to dismiss (ECF No. 6) is **GRANTED** dismissing the Complaint without prejudice to Plaintiff filing an amended Complaint no later than **September 8, 2023** pleading the specifics of a nexus between her race and the employer's decision to fire her or we will dismiss and close the case without prejudice.

_____
**KEARNEY, J.**