United States District Court for the Eastern District of Pennsylvania

| | | |
|---|---|---|
| Elizabeth F. Andrade | : | |
| | : | |
| vs | : | Civil Action No. 23-1965 |
| | : | |
| Trustees of the University of Pennsylvania | : | |
| | : | |

<b><u>Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)</u></b>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Elizabeth F. Andrade, hereby gives notice that the action is voluntarily dismissed. Defendant, Trustees of the University of Pennsylvania, has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice under Fed. R. Civ. P. 41(a)(1)(B).

Dated: September 8, 2023

                                       _s/Robert T Vance Jr_
                                       Robert T Vance Jr
                                       Law Offices of Robert T Vance Jr
                                       100 South Broad Street - Suite 905
                                       Philadelphia PA 19110
                                       215 557 9550 tel / 215 278 7992 fax
                                       rvance@vancelf.com

                                       *Attorney for Elizabeth F. Andrade*