IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIZABETH F. ANDRADE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-1965** |
| | : | |
| **TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA** | : | |
| | : | |

## ORDER

**AND NOW**, this 11th day of September 2023, upon considering Plaintiff's Notice of Voluntary Dismissal (ECF No. 8), it is **ORDERED**:

1. We **DISMISS** this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i);

2. Plaintiff may not file a second case without identifying the second case as possibly related to this dismissed case consistent with our Local Rules; and,

3. The Clerk of Court shall **close** this case.

*[signature]*
**KEARNEY, J.**